**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01033-RM-NYW

BABOLAT V.S. NORTH AMERICA, INC.,

Plaintiff,

v.

TOPTEAM TECHNOLOGY TAIWAN CO., LTD.,

Defendant.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

IT IS ORDERED that a Scheduling Conference is set for **July 16, 2015 at 3:00 p.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: June 30, 2015                      BY THE COURT:

                                          s/Nina Y. Wang
                                          United States Magistrate Judge